IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-265-JLK**

**ROBERT GLEN BEERS,**

Plaintiff,

v.

**WALMART STORES, INC.,**

Defendant.

_____

## MINUTE ORDER SETTING SCHEDULING CONFERENCE
_____

Judge John L. Kane **ORDERS**

This case is set for a scheduling conference on **August 14, 2009 at 10:30 a.m. in Courtroom A802** on the 8th floor of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver.  The parties shall submit a Stipulated Scheduling and Discovery Order on or before **August 7, 2009.**  (See attached instructions for proper formatting of this order. The format of the Proposed Order should follow that included in the attached form of order which is different from those used by magistrate and other judges of this court.)

Counsel and pro se litigants shall read and strictly adhere to all instructions in the attached "Memorandum from Senior Judge John L. Kane to Counsel re: Pretrial and Trial Procedures".  **Particular attention is called to Part III, regarding motions for summary judgment.**

_____

Dated:  June 23, 2009